AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Southern District of Indiana

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. |
| DAQUWON RICHARDSON | ) | |
| | ) | 1:19-cr-0365 JMS-TAB |
| | ) | |
| Defendant | ) | |

**FILED**
DEC 0 4 2019
U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   DAQUWON RICHARDSON,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Count 1: Unlawful Possession of a Firearm by a Convicted Felon, in violation of 18 U.S.C. § 922(g)(1).

Date:   November 19, 2019

CLERK OF COURT, Laura A. Briggs
BY: _____
*Deputy Clerk*

City and state:   Indianapolis, IN

---

**Return**

This warrant was received on *(date)* 12/4/19, and the person was arrested on *(date)* 12/4/19
at *(city and state)* Indianapolis, IN.

Date: 12/4/19

_____
*Arresting officer's signature*

Andrew Arnold DUSM
*Printed name and title*