UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CAUSE NO. 1:19-cr-0365-JMS-TAB |
| | ) | |
| DAQUWON RICHARDSON, | ) | - 01 |
| Defendant. | ) | |

**COURTROOM MINUTE FOR DECEMBER 4, 2019**
**HONORABLE MARK J. DINSMORE, MAGISTRATE JUDGE**

The parties appeared for an initial appearance on the Indictment filed on November 19,

2019.  Defendant appeared in person and by FCD counsel William Dazey.   Government

represented by AUSA Jeremy Morris.   USPO represented by Alison Upchurch.

Financial affidavit previously approved.

Charges, rights and penalties were reviewed and explained.

Parties were ordered to disclose evidence on or before **December 18, 2019**.

Defendant waived formal arraignment and reading of the Indictment on the record.

Defendant previously waived his right to a detention hearing.   [Dkt. Nos. 13 and 14.]

Defendant remanded to the custody of the U.S. Marshal pending further proceedings

before the court.

Dated:   5 DEC 2019

Mark J. Dinsmore
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system